IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| TOM HILL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 6:17-CV-021-RP |
| | § | |
| PEPPER HAMILTON LLP, et al., | § | |
| | § | |
| | § | |
| Defendants. | § | |

## **FINAL JUDGMENT**

Before the Court is the above entitled cause of action. On this day, the Court entered an order regarding all pending motions in the case, and thus dismissed all of Plaintiff's claims. Accordingly, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that all claims and causes of action brought by Plaintiff Tom Hill against Defendant Neal Jones are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that all claims and causes of action brought by Plaintiff Tom Hill against Defendants Pepper Hamilton, Leslie Gomez, and Gina Smith are hereby **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that all relief not expressly granted is hereby **DENIED** and that each party shall bear their own attorney's fees and costs of court.

**IT IS FURTHER ORDERED** that all hearing and trial settings are hereby **CANCELED**.

**IT IS FINALLY ORDERED** that the case is hereby **CLOSED**.

**SIGNED** on May 31, 2017.

_____

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE